**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 165 MAL 2022

Respondent

v.

GUNNAR DERRY,

Petitioner

: Petition for Allowance of Appeal
: from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.